*The Law Offices of*

# *Christopher J. Cassar, P.C.*

13 East Carver Street
Huntington Village, New York 11743
Telephone (631) 271-6596
Facsimile (631) 351-0196

| | |
|---|---|
| *Christopher J. Cassar, Esq.†* | *Nassau County Office:* |
| *Pierre Bazile, Esq.^* | 626 RXR Plaza |
| *Joseph J. Karlya III, Esq.* | West Tower, 6th Floor |
| | Uniondale, New York 11556 |

† ALSO ADMITTED IN US COURT OF APPEALS FOR THE SECOND CIRCUIT
   AND IN THE NORTHERN, SOUTHERN & EASTERN DISTRICTS OF NEW YORK
^ ALSO ADMITTED IN THE US SOUTHERN & EASTERN DISTRICTS OF NEW YORK

June 21, 2017

*Via ECF*

Hon. Douglas C. Palmer
Clerk of the Court
U.S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      RE:    **KALAMARAS v. COUNTY OF NASSAU, et al.**
              Civil Action No.: 17-CV-1068(SJF)(AYS)
              **NOTICE OF MOTION**

Dear Hon. Clerk Palmer:

      Please be advised that this office represents the Plaintiff, James Kalamaras, in connection with the above-referenced civil action.

      Please be further advised that earlier today, Wednesday, June 21st, 2017, this office served on all appearing parties, or their counsels of record, a Notice of Motion to Strike Pursuant to Fed. R. Civ. P. 12(f), a Declaration in Support thereof, a Memorandum of Law in Support thereof, and associated exhibits via regular mail.

      Once the motion has been fully briefed, this office will file all documents via ECF pursuant to the "bundle rule" as set forth in the Hon. Sandra J. Feuerstein's Individual Rules, Rule 4(E).

      Thank you for your time and consideration in this matter.

                                      Very truly yours,

                                      Christopher J. Cassar, Esq.

cc:    All appearing parties or their
        counsels of record
        *Via Regular Mail*

CJC/jd