UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
James Kalamaras,

           Plaintiff(s),

-against-

County of Nassau, et al

           Defendant(s).
----------------------------------------------------X

FILED
CLERK

7/30/2019 9:22 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**RECUSAL ORDER**

CV 17-1068  (SJF)

The undersigned hereby recuses herself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a randomly selected Magistrate Judge.

Dated: Central Islip, New York
       July 30, 2019

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge